IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RAYMOND J. BOROSS,              )
                                )
            Plaintiff,           )
                                )
vs.                              )    No. CIV-09-492-C
                                )
MICHAEL J. ASTRUE,               )
Commissioner OF THE Social       )
Security Administration,         )
                                )
            Defendant.           )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on March 31, 2010. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in its entirety, and this matter is remanded to the Commissioner for further administrative proceedings. A judgment shall enter accordingly.

IT IS SO ORDERED this 28th day of April, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge